UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY M. CUNNINGHAM,

        Plaintiff,

v.

ADAM FORTNEY, et al.,

        Defendant.

CASE NO. 2:23-cv-01949-BHS-BAT

**ORDER STRIKING REQUESTS FOR ADMISSION, DKTS 8 AND 9**

    Plaintiff has filed requests for admission, Dkts. 8 and 9, but has neither paid the filing fee nor been granted to proceed *in forma pauperis*. The requests for admission are thus premature. Moreover, a party may not file discovery unless it is submitted in support of or opposition to a motion. *See* Local Rules W.D. Wash. 5(d) ("Rule 26 initial disclosures and discovery requests and responses must not be filed until they are used in the proceedings or the court orders filing."). The Court thus ORDERS: The requests for admission, Dkts. 8 and 9 are STRICKEN. The clerk shall provide a copy of this order to Plaintiff.

    DATED this 18th day of January, 2024.

                                        BRIAN A. TSUCHIDA
                                      United States Magistrate Judge