UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY M. CUNNINGHAM,<br><br>    Plaintiff,<br><br> v.<br><br>ADAM FORTNEY, et al.,<br><br>    Defendant. | CASE NO. 2:23-cv-01949-BHS-BAT<br><br>**ORDER STRIKING MOTIONS FOR SUMMARY JUDGMENT, DKTS 24 AND 25** |

 Plaintiff has filed motions for summary judgment, Dkts. 24 and 25 but has neither paid the filing fee nor been granted leave to proceed *in forma pauperis*. As the motions for summary judgment are therefore premature, the Court ORDERS:

 (1) The motion for summary judgment Dkts. 24 and 25 are STRICKEN.

 (2) The clerk shall provide a copy of this order to Plaintiff.

DATED this 9th day of February, 2024.

               *[signature]*
               BENJAMIN H. SETTLE
               United States District Judge