UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY M. CUNNINGHAM,

           Plaintiff,

  v.

ADAM FORTNEY, et al.,

           Defendant.

CASE NO. 2:23-cv-01949-BHS-BAT

**ORDER STRIKING MOTION FOR DAY PENALTY, DKT. 28**

Plaintiff has filed a motion that one of the Defendants pay him $250,000 per day, Dkt. 28, but has neither paid the filing fee nor been granted leave to proceed *in forma pauperis*. The motion is therefore premature, and the Court ORDERS:

(1)    The motion for payment, Dkt. 28, is STRICKEN.

(2)    The clerk shall provide a copy of this order to Plaintiff.

DATED this 13th day of February, 2024.

BENJAMIN H. SETTLE
United States District Judge

ORDER STRIKING MOTION FOR DAY
PENALTY, DKT. 28 - 1